# Court of Appeals
# of the State of Georgia

ATLANTA,___May 24, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16D0366. JOSEPH B. MARION v. THE STATE.

Joseph B. Marion was charged by the State with criminal conduct.[1]  On May 3, 2016, Marion, acting pro se, filed this application for discretionary review of six orders entered by the trial court on February 3, 2016 regarding various pre-trial motions filed by Marion.  We, however, lack jurisdiction.

Marion's criminal case remains pending below as no final judgment of conviction has been entered.  Therefore, the orders that Marion wishes to appeal are interlocutory in nature. See *Scruggs v. Ga. Dept. of Human Resources*, 261 Ga. 587, 589 (1) (408 SE2d 103) (1991).  A party seeking appellate review from an interlocutory order must follow the interlocutory application procedure set forth in OCGA § 5-6-34 (b), which includes obtaining a certificate of immediate review from the trial court and filing within ten days of the order.[2]  See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).  OCGA § 5-6-35, which governs the discretionary appeal procedure, does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-

---

[1] Marion has filed numerous exhibits with his application, none of which set forth the crime or crimes he has been charged with.

[2] On March 10, 2016, Marion filed with the trial court a motion for a certificate of immediate review as to the February 3, 2016 orders.  However, because Marion failed to request or obtain a certificate of immediate review within ten days of the orders, he failed to comply with OCGA § 5-6-34 (b).

34 (b). See *Bailey*, supra. Marion's failure to follow the interlocutory appeal procedure deprives us of jurisdiction over this application, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,*_____05/24/2016_____

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

2